JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE JON DURDEN, CHRISTIAN GRANT and D.G., a minor by and through his Guardian Ad Litem, DE JON DURDEN,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF LOS ANGELES, OFFICER JOSH WADE, and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | CASE NO. CV14-03160 RGK (MRWx)<br>*Judge R. Gary Klausner, Ctrm. 850 (Roybal)*<br>*Mag. Judge Michael R. Wilner, Ctrm. H on 9th Flr.*<br><br>**[~~PROPOSED~~] ORDER RE: DISMISSAL**<br><br>**[ENTIRE CASE]** |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiffs' complaint be dismissed with prejudice.

DATED: June 23, 2015   _____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1